# UNITED STATES DISTRICT COURT

for the
Central District of California

| | | |
|---|---|---|
| **NICK LENT**<br>*Plaintiff*<br>v.<br>**UDR, INC.; PACIFIC LOS ALISOS LLC; and COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS**<br>*Defendant* | ) | Civil Action No. 8:26-cv-02633-DOC-KES |

## AFFIDAVIT OF SERVICE

I, Jason Newberger, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PACIFIC LOS ALISOS LLC in Douglas County, CO on October 6, 2026 at 2:59 pm at 1745 Shea Center Dr, Ste 200, Highlands Ranch, CO 80129-1540 by leaving the following documents with Sarah Carlson who as Vice President Legal Operations and Corporate Counsel is authorized by appointment or by law to receive service of process for PACIFIC LOS ALISOS LLC.

SUMMONS IN A CIVIL ACTION
COMPLAINT
CIVIL COVER SHEET
INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER
Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM, NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)

Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.5544369,-105.0091744
Photograph: See Exhibit 1

Total Cost: $86.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Adams County,

CO on 10/7/2026.

/s/ Jason Newberger

Jason Newberger - +1 (303) 579-6521


Exhibit 1a)
10/6/2026 2:59 pm MDT
1745 Shea Center Dr, Ste 200, Highlands Ranch, CO 80129-1540
39.5544369, -105.0091744
SUITE
200
UDR


Exhibit 1b)
10/6/2026 2:59 pm MDT
1745 Shea Center Dr, Ste 200, Highlands Ranch, CO 80129-1540
39.5544369, -105.0091744