# UNITED STATES DISTRICT COURT

for the
Central District of California

| | | |
|---|---|---|
| **NICK LENT**<br>*Plaintiff*<br>v.<br>**UDR, INC.; PACIFIC LOS ALISOS LLC; and COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 8:26-cv-02633-DOC-KES |

## AFFIDAVIT OF SERVICE

I, Seth Kinmont, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to UDR Inc. in Sacramento County, CA on October 8, 2026 at 9:52 am at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with Maddie Bright who, as Intake Specialist / Authorized to Accept at CSC-Lawyers Incorporating Service, is authorized by appointment or by law to receive service of process for UDR Inc.

INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM, NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)
COMPLAINT

Additional Description:
Maddie Bright
Race: , Sex: , Est. Age: , Hair: , Glasses: N, Est. Weight: , Est. Height: .

Geolocation of Serve: https://google.com/maps?q=38.6168341556,-121.5171838379
Photograph: See Exhibit 1

Total Cost: $97.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Yolo County,

CA on 10/8/2026.

/s/ Seth Kinmont

Seth Kinmont - +1 (310) 623-9172
Registration No.: 2026-044
Registration County: Sacramento County


Exhibit 1a)
10/8/2026 9:52 am PDT
2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502
38.6168342, -121.5171838